Submitted on record and briefs November 4, reversed and remanded
December 14, 2005

STATE OF OREGON,
*Respondent,*

*v.*

JAMES JOSEPH POSEY,
*Appellant.*

90-1293, 93-6065; A125294 (Control), A125295
(Cases Consolidated)

124 P3d 1260

Mindy Stannard, Kevin T. Lafky, and Lafky & Lafky filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Christina M. Hutchins, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Reversed and remanded. *State v. Bierstock*, 195 Or App 514, 98 P3d 771 (2004).